UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY MICHAEL PECK,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No:  C 09-2600 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order granting Plaintiff's motion for summary judgment and denying Defendant's cross-motion for summary judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

Dated: September 24, 2010

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge