David J. Linden, Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Timothy Michael Peck

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY MICHAEL PECK, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. C-09-2600-SBA <br><br> STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS ($6,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, - S.Ct. - , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the

Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's counsel, David J. Linden, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted December 16, 2010.


Dated: December 16, 2010              *s/ David J. Linden*
                                      David J. Linden
                                      Attorney for Plaintiff, Timothy Michael Peck


Dated: December 16, 2010              MELINDA L. HAAG
                                      United States Attorney

                                      By *s/ Odell Grooms*
                                      Odell Grooms
                                      (As authorized by email)
                                      Special Assistant U. S. Attorney
                                      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: 2/22/11                        _____
                                      Saundra Brown Armstrong
                                      United States District Judge

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)- C-09-2600-SBA- 2